FILED
CLERK, U.S. DISTRICT COURT

8/23/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br>Plaintiffs, <br><br>v. <br><br>PACIFIC COAST BUILDING SPECIALTIES, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br>Defendants. | CASE NO. 2:17-cv-03469-MWF-AJW <br><br>ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this action be dismissed without prejudice, subject to reopening if settlement is not consummated by July 31, 2018.

Dated: August 23, 2017

_____
THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE